# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MENSAH-YAWSON, | Civil No. 3:16-cv-200 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN CRAIG LOWE, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this ___12th___ day of July, 2016, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
Robert D. Mariani
United States District Judge